

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　PLAINTIFF<br>　　　　v.<br>MICHAEL ANTHONY MENDOZA<br><br><br><br>　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>14-MJ-2163<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

　　Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __November 7, 2014_____, _____, at __2:30____ ☐a.m. / ☒p.m. before the Honorable __Jean P. Rosenbluth_____, in Courtroom __827-A_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　(Other custodial officer)


Dated: __11/4/14_____　　　　　__/s/ Jean Rosenbluth_____
　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge